AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

EASTERN ———————— DISTRICT OF ———————— MASSACHUSETTS

2005 APR 25 P 2: 01

MARILYN BYRNE,          Plaintiff    U.S. DISTRICT COURT

**SUMMONS IN A CIVIL CASE**

V.

BOSTON MUTUAL LIFE
INSURANCE COMPANY,
                Defendant

CASE NUMBER:

# 05 - 10663 GAO

TO: (Name and address of defendant)

BOSTON MUTUAL LIFE INSURANCE COMPANY
120 Royall Street
Canton, MA  02021

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Richard K. Latimer
Kistin Babitsky Latimer & Beitman
Box 590, 13 Falmouth Heights Road
Falmouth, MA  02541-0590

an answer to the complaint which is herewith served upon you, within _____ twenty _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON                                      APR 0 5 2005

CLERK                                                  DATE

(BY) DEPUTY CLERK

AO

**Norfolk County Sheriff's Department**  P.O. Box 859215 Braintree, MA 02185-9215 / Tel. # (781) 326-1787

*Norfolk, ss.*                                                                     April 14, 2005

I hereby certify and return that on 4/12/2005 at 2:45PM I served a true and attested copy of the summons, complaint and civil action cover sheet in this action in the following manner: To wit, by delivering in hand to Richard Miller, director of contracts & compliance, , person in charge at the time of service for Boston Mutual Life Insurance Company, at 120 Royall Street,  Canton, MA 02021. Basic Service Fee ($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($10.88) Total Charges $51.38

NA|

[

Deputy Sheriff Frederick J. Laracy

*Frederick J Laracy*
_____
                                                                          *Deputy Sheriff*

[

☐ Returned unexecuted:_____
_____
_____
_____

☐ Other *(specify)*:_____
_____
_____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
                          Date                                                  Signature of Server

                                                                    _____
                                                                    Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.