UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN BYRNE,<br>    Plaintiff<br><br>V.<br><br>BOSTON MUTUAL LIFE INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 05-10663GAO |

### NOTICE OF APPEARANCE

Please enter the appearance of Joseph M. Hamilton as attorney for the defendant, Boston Mutual Life Insurance Company, in the above-entitled case.

|   |   |
|---|---|
| | /s/  Joseph M. Hamilton |
| | Joseph M. Hamilton, BBO #546394 |
| | Elizabeth L. B. Greene, BBO #561456 |
| | Mirick, O'Connell, DeMallie & Lougee, LLP |
| | 100 Front Street |
| | Worcester, MA 01608-1477 |
| | Phone: (508) 791-8500 |
| Dated:  May 2, 2005 | Fax:    (508) 791-8502 |

### CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by regular mail, to Richard K. Latimer, Esq., Kistin Babitsky Latimer & Beitman, Box 590, 13 Falmouth Heights Road, Falmouth, MA 02541.

|   |   |
|---|---|
| | /s/  Joseph M. Hamilton |
| Dated:  May 2, 2005 | Joseph M. Hamilton |