UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN BYRNE,<br>    Plaintiff<br><br>V.<br><br>BOSTON MUTUAL LIFE INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 05-10663GAO |

**NOTICE OF APPEARANCE**

    Please enter the appearance of Elizabeth L. B. Greene as attorney for the defendant, Boston Mutual Life Insurance Company, in the above-entitled case.

|  |  |
|---|---|
|  | /s/  Elizabeth L. B. Greene |
|  | Joseph M. Hamilton, BBO #546394 |
|  | Elizabeth L. B. Greene, BBO #561456 |
|  | Mirick, O'Connell, DeMallie & Lougee, LLP |
|  | 100 Front Street |
|  | Worcester, MA 01608-1477 |
|  | Phone: (508) 791-8500 |
| Dated:  May 2, 2005 | Fax:    (508) 791-8502 |

CERTIFICATE OF SERVICE

    I, Elizabeth L. B. Greene , hereby certify that I have this day served a copy of the foregoing document, by regular mail, to Richard K. Latimer, Esq., Kistin Babitsky Latimer & Beitman, Box 590, 13 Falmouth Heights Road, Falmouth, MA 02541.

|  |  |
|---|---|
|  | /s/  Elizabeth L. B. Greene |
| Dated:  May 2, 2005 | Elizabeth L. B. Greene |