UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MASSACHUSETTS

MARILYN BYRNE, )
        Plaintiff )
         )
VS. ) CIVIL ACTION
         ) NO. 05-10663 GAO
BOSTON MUTUAL LIFE )
INSURANCE COMPANY, )
        Defendant )

## NOTICE OF ADDRESS CHANGE

    Plaintiff's Attorney, Richard K. Latimer, gives notice that his office address has changed and is now as follows:

        Richard K. Latimer
        22 Main Street, Rm. 205
        Falmouth, MA  02540
        Tel. (508) 548-7006

Dated: November 7, 2005

For the Plaintiff

Richard K. Latimer, BBO #287840
222 Main Street, Rm.205
Falmouth, MA  02540
(508) 540-7006

### CERTIFICATE OF SERVICE

    I, Richard K. Latimer, certify that I have served a copy of the foregoing Notice of Address Change upon Defendant's Attorney, Joseph M. Hamilton, Esq., Mirrick O'Connell DeMallie & Lougee. LLP, 100 Front Street, Worcester, MA, 01608-1477, by first class mail, postage prepaid, on this 7th day of November, 2005.

Richard K. Latimer