UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN BYRNE,<br>        Plaintiff<br><br>V.<br><br>BOSTON MUTUAL LIFE INSURANCE COMPANY,<br>        Defendant | CIVIL ACTION NO. 05-10663GAO |

**DEFENDANTS' CORPORATE DISCLOSURE STATEMENT**

The defendant, Boston Mutual Life Insurance Company, pursuant to Local Rule 7.3, hereby states it has no parent corporation, and no publicly held company owns 10% or more of its stock.

BOSTON MUTUAL LIFE INSURANCE COMPANY

By its attorneys,

 /s/ Joseph M. Hamilton
Joseph M. Hamilton, BBO #546394
Elizabeth L. B. Greene, BBO #561456
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: December 21, 2005

CERTIFICATE OF SERVICE

I, Joseph M. Hamilton, hereby certify that I have this day served a copy of the foregoing document, by electronic mail, to Richard K. Latimer, Esq. Richard K. Latimer, Esq., 222 Main Street, Room 205, Falmouth, MA 02540.

 /s/ Joseph M. Hamilton
Joseph M. Hamilton

Dated: December 21, 2005

{H:\PA\Lit\19194\00003\A0865713.DOC}