UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

MARILYN BYRNE,
    Plaintiff

V.

BOSTON MUTUAL LIFE INSURANCE COMPANY,
    Defendant

CIVIL ACTION NO. 05-10663GAO

**JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1**

Pursuant to Local Rule 16.1, the defendant, Boston Mutual Life Insurance Company ("Boston Mutual"), and the plaintiff, Marilyn Byrne, hereby file this joint statement.

This is an ERISA case. Ms. Byrne seeks to recover long-term disability benefits pursuant to Group Long-Term Disability Insurance Policy No. G-50187 (the "Policy") issued by Boston Mutual to her employer as part of its employee welfare benefit plan.

Boston Mutual paid long-term disability benefits to the plaintiff from March 1, 1999 through January 19, 2004. Boston Mutual denied the plaintiff's claim for long-term disability benefits beyond January 19, 2004. Ms. Byrne has exhausted her administrative remedies and received a final denial on her claim for long-term disability benefits. Thereafter, she filed this lawsuit whereby she seeks to recover long-term disability benefits beyond January 19, 2004. Boston Mutual denies that Ms. Byrne is entitled to the relief she seeks.

PROPOSED PRETRIAL SCHEDULE

The parties propose the following pre-trial schedule:

1. Amendments to the pleadings by January 30, 2006.

2. All dispositive motions, including motions for summary judgment, are to be filed by June 30, 2006, responses are to be filed fourteen (14) days thereafter.

### TRIAL BY MAGISTRATE

The parties do not consent to referral to the Magistrate Judge.

### CERTIFICATIONS

The certification of Boston Mutual Life Insurance Company is attached. The certification of Marilyn Byrne will be filed separately.

| MARILYN BYRNE | BOSTON MUTUAL LIFE INSURANCE COMPANY |
|---|---|
| By her attorney, | By its attorneys, |
| /s/ Richard K. Latimer<br>Richard K. Latimer, BBO #287840<br>222 Main Street, Room 205<br>Falmouth, MA 02540<br>(508) 548-7006 | /s/ Joseph M. Hamilton<br>Joseph M. Hamilton, BBO #546394<br>Elizabeth L. B. Greene, BBO #561456<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>(508) 791-8500 |
| Dated: January 17, 2006 | Dated:   January 17, 2006 |

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN BYRNE,<br>    Plaintiff<br><br>V.<br><br>BOSTON MUTUAL LIFE INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 05-10663GAO |

## **LOCAL RULE 16.1(D)(3) CERTIFICATION**

We, Joseph M. Hamilton, attorney for defendant, Boston Mutual Life Insurance Company, and Ralph Diller, its authorized representative, hereby certify that we have conferred with respect to establishing a budget for the cost of conducting the full course, and various alternative courses of the litigation through the use of alternative dispute resolution programs including those outlined in Local Rule 16.4.

_____  
Joseph M. Hamilton, BBO #546394  
Mirick, O'Connell, DeMallie & Lougee, LLP  
100 Front Street  
Worcester, MA 01608-1477  
Phone: (508) 791-8500  
Fax:   (508) 791-8502  

_____  
Ralph Diller, Esq.  
320 West Newberry Road  
Bloomfield, CT 06002  

Dated: 1/17/06

{H:\PA\Lit\19194\00003\A0866785.DOC}