UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MARILYN BYRNE, | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS. | ) | CIVIL ACTION |
| | ) | NO. 05-10663-GAO |
| BOSTON MUTUAL LIFE | ) | |
| INSURANCE COMPANY, | ) | |
|     Defendant | ) | |

## PLAINTIFF'S CERTIFICATION OF CONFERENCE UNDER LOCAL RULE 16.1

The Plaintiff, Marilyn Byrne, and her Counsel, Richard K. Latimer, certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course --and various alternative courses --of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Rule 16.4.

_____ 1/17/06
Marilyn Byrne, Plaintiff
104 Old Town Road
Hyannis, MA 02601

_____
Richard K. Latimer, BBO#287840
222 Main Street, Room 205
Falmouth, MA 02540
(508) 548-7006