UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MARILYN BYRNE,<br>    Plaintiff<br><br>V.<br><br>BOSTON MUTUAL LIFE INSURANCE COMPANY,<br>    Defendant | CIVIL ACTION NO. 05-10663GAO |

**STIPULATION OF DISMISSAL**

The parties to the above-entitled action, pursuant to the provisions of Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that all claims set forth in said action be dismissed with prejudice, without costs, and waiving all rights of appeal.

| MARILYN BYRNE | BOSTON MUTUAL LIFE INSURANCE COMPANY |
|---|---|
| By her attorney, | By its attorneys, |
| ___/s/ Richard K. Latimer_____<br>Richard K. Latimer, Esq., BBO #287840<br>222 Main Street, Room 205<br>Falmouth, MA 02540<br>Phone: (508) 548-7006<br>Fax: (508) 548-7008 | ___/s/ Joseph M. Hamilton_____<br>Joseph M. Hamilton, BBO #546394<br>Elizabeth L. B. Greene, BBO #561456<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax: (508) 791-8502 |

Dated: May 12, 2006